

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-12-00848-CV

**EX PARTE** Loretta **DIDONATO** f/k/a Loretta Gifford

Original Habeas Corpus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
                Sandee Bryan Marion, Justice
                Marialyn Barnard, Justice

Delivered and Filed: January 23, 2013

PETITION FOR WRIT OF HABEAS CORPUS DENIED

On December 21, 2012, Relator Loretta DiDonato f/k/a Loretta Gifford filed a petition for writ of habeas corpus. On January 7, 2013, the real party in interest filed a response. After considering the petition and the response, this court has determined that Relator is not entitled to the relief sought. Therefore, the petition is DENIED. TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2011-CI-06759, styled *In the Interest of CG and BG, Children*, pending in the 285th Judicial District Court, Bexar County, Texas, the Honorable Richard Price presiding. However, the order complained of was signed by the Honorable Cathy Stryker, presiding judge of the 224th Judicial District Court, Bexar County, Texas.